KING, Respondent, v. GOSSEL, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Nellie King against Henry Gossel. From an order denying defendant's motion for leave to serve an amended answer, defendant appeals. Reversed. Carter, Hughes & Dwight, for appellant. Daniel W. Patterson, for respondent.

CONLAN, J. This is an appeal from an order, made at special term, denying defendant's motion for leave to serve an amended answer. We are satisfied, on examination, that the de-

endant should be allowed to serve his proposed amended answer. The order appealed from will be modified, so as to allow defendant to serve his answer within five days from the entry of an order on this decision, on the payment of taxable costs to date, together with $10 costs of this motion, at the same time stipulating that the cause retain its place on the calendar and be tried when reached; otherwise, order appealed from affirmed, and costs of this appeal in either event to respondent.

FITZSIMONS, C. J., and HASCALL, J., concur.